**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MARK WEIBUSH, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CERNER CORPORATION d/b/a ORACLE HEALTH, INC. and AULTMAN HEALTH FOUNDATION, doing business as AULTMAN HEALTH SYSTEM,<br><br>Defendants. | Case No. 5:26-cv-00166<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI PURSUANT TO 28 U.S.C. § 1404(a) AND TO STAY PROCEEDINGS** |

Pursuant to 28 U.S.C. § 1404(a), Plaintiff Mark Weibush ("Plaintiff") and Defendant Aultman Health Foundation doing business as Aultman Health System ("Aultman"), with the consent of Defendant Cerner Corporation d/b/a Oracle Health, Inc. ("Cerner"), hereby enter into this Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Western District of Missouri and to stay all case deadlines pending transfer.

**RECITALS**

1. On January 22, 2026, Plaintiff filed a putative class action complaint against Defendants asserting claims in connection with a data security incident (the "Incident"). The Incident involved unauthorized access to patient data hosted by Cerner—an electronic-health-record vendor and subsidiary of Oracle Corporation—on behalf of its clients, including Aultman.

2. Numerous plaintiffs have filed putative class action complaints in multiple jurisdictions seeking to represent nationwide classes of all persons impacted by the Incident and raising similar claims against Defendants as alleged in this action. To date, dozens of actions bringing claims arising out of the Incident against Defendants and other similarly impacted entities have already been consolidated in the Western District of Missouri before Chief Judge Beth

Phillips. S*ee In re: Cerner/Oracle Data Breach Litig.*, Case No. 4:25-cv-00259-BP (W.D. Mo). This is because the Incident at issue in Plaintiffs' Complaint involves unauthorized access to patient data—including Aultman's patient data—that was being hosted by Cerner, which is headquartered in Kansas City, Missouri.

3. The Parties agree that transfer of this case to the United States District Court for the Western District of Missouri for consolidation with the other related actions will serve "the convenience of [the] parties and witnesses [and is] in the interest of justice[.]" 28 U.S.C. § 1404(a).

4. An action may be transferred under Section 1404(a) "to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Whether transfer is appropriate requires "balanc[ing] several considerations, including whether the transfer will be convenient for the parties and witnesses and in the 'interest of justice.'" *Wilson v. Hartupee*, 2019 WL 6134874, at *1 (E.D. Mich. Nov. 19, 2019) (granting joint stipulation to transfer); *see also Lute Supply, Inc. v. Net Pay Sols., Inc.*, 2011 WL 13220841, at *2-3 (S.D. Ohio Nov. 1, 2011) (granting joint motion to transfer); *Krawec v. Allegany Co.-op Ins. Co.*, 2009 WL 1974413, at *4 (N.D. Ohio July 7, 2009) (outlining factors).

5. The requirements for transfer under Section 1404(a) are met here. First, transfer will serve the interests of both justice and convenience, as dozens of related actions that share common questions of fact and law have already been consolidated in the Western District of Missouri. *See, e.g.*, *McConville v. Power Home Solar, LLC*, 2023 WL 4663045, at * (N.D. Ohio July 20, 2023) (transferring action to jurisdiction where "related class action suit [was] pending"). Second, all parties have consented and stipulated to transfer. *See* 28 U.S.C. § 1404(a).

6. The Parties further stipulate to a stay of all case deadlines, including the deadline to respond to Plaintiff's Complaint, until the Court decides whether to approve the Parties'

stipulation to transfer. Should the Court deny this request for transfer, the Parties will submit a proposed schedule for Defendants to respond to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL:**

1. This Action should be transferred under Section 1404(a) to the U.S. District Court for the Western District of Missouri, for coordination and consolidation with *In re: Cerner/Oracle Data Breach Litig.*, Case No. 4:25-cv-00259-BP (W.D. Mo.);

2. All case deadlines in this Action shall be stayed pending resolution of this Stipulation; and

3. Nothing in this Stipulation shall be construed as a waiver of any of the Parties' rights, claims, defenses, or arguments in this Action.

**IT IS SO STIPULATED AND AGREED.**

DATED: March 20, 2026

Respectfully submitted,

/s/ Terence R. Coates
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*

Lynn A. Toops*
Amina A. Thomas*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Samuel J. Strauss*
Raina Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

* Pro hac vice forthcoming

*Attorneys for Plaintiff and Proposed Class*

*/s/ Brittany N. Lockyer*
Brittany N. Lockyer (0097923)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: (216) 681-6033
Fax: (216) 696-0740
Email: blockyer@bakerlaw.com

*Counsel for Aultman Health Foundation doing business as Aultman Health System*